IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HERNDON,

      Plaintiff,                        No. CIV S-07-0514 GEB KJM P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.

      Defendants.            ORDER
_____/

         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 12132 and 29 U.S.C. § 794 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the

1

1 preceding month's income credited to plaintiff's prison trust account.  These payments shall be
2 collected and forwarded by the appropriate agency to the Clerk of the Court each time the
3 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
4 § 1915(b)(2).

5        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
6 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
7 reasonable opportunity to prevail on the merits of this action.

8        In accordance with the above, IT IS HEREBY ORDERED that:

9        1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10        2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
11 The fee shall be collected and paid in accordance with this court's order to the Director of the
12 California Department of Corrections and Rehabilitation filed concurrently herewith.

13        3.  Service is appropriate for the following defendants: California Department of
14 Corrections and Rehabilitation, Schwarzenegger and Kernan, as to plaintiff's ADA and
15 Rehabilitation Act claims.

16        4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one
17 summons, an instruction sheet and a copy of the complaint filed March 2, 2007.

18        5.  Within thirty days from the date of this order, plaintiff shall complete the
19 attached Notice of Submission of Documents and submit the following documents to the court:

20        a.  The completed Notice of Submission of Documents;

21        b.  One completed summons;

22        c.  One completed USM-285 form for each defendant listed in number 3
23        above; and

24        d.  Four copies of the endorsed complaint filed March 2, 2007.

25 /////
26 /////

1      6. Plaintiff need not attempt service on defendants and need not request waiver of
2 service. Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
4 without payment of costs.
5 DATED: October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2
hern0514.1a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HERNDON,

        Plaintiff,

vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.

        Defendants.

No. CIV S-07-514 GEB KJM P

<u>NOTICE OF SUBMISSION</u>

<u>OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        _____      completed USM-285 forms

        _____      copies of the _____
               Complaint

DATED:

                                                      Plaintiff