IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HERNDON,

        Plaintiff,                     No. CIV S-07-0514 GEB KJM P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.               ORDER

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed October 3, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On October 17, 2007, plaintiff submitted the USM-285 forms and copies but failed to provide the court with addresses to serve the defendants.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send plaintiff three new USM-285 forms, the summons and the four copies of the complaint filed March 2, 2007; and

       2. Within thirty days, plaintiff shall submit to the court the materials, along with

1

1 | the completed USM-285 forms with addresses required to effect service.  Failure to return the
2 | forms within the specified time period will result in a recommendation that this action be
3 | dismissed.
4 | DATED: 11/9/07

           _____
           UNITED STATES MAGISTRATE JUDGE

2/ke
hend0514.8f