IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS HENDON,** | Case No. 2:07-CV-514 GEB KJM P |
| Plaintiff, | **ORDER RE: REQUEST TO VACATE SCHEDULING ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request that the scheduling order be vacated, as to pretrial statements, pretrial conference, and jury trial, until further order of the Court, is granted.

DATED: April 29, 2009.

_____
U.S. MAGISTRATE JUDGE