IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                  No. CIV S-07-514 GEB KJM P

  vs.

CDCR, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On December 19, 2008, plaintiff filed a motion to compel discovery of "documents requested on October 15 and 16, 2008." Defendants opposed on the ground that under the terms of the scheduling order, all requests for discovery were to be served no later than October 13, 2008. See Docket Nos. 23 (opposition) and 18 (scheduling order). In reply, plaintiff claimed that the dates were a typographical error in his handwritten document and that he served the discovery requests on October 10 and 11, 2008. Docket No. 24.

        In response to this court's order, plaintiff filed his legal mail log which shows mailings to the Attorney General's Office on October 8 and October 17, 2008. Docket No. 29 at 5. Plaintiff does not clarify in his affidavit that the mailing on October 8, 2009 involved the

/////

1 instant case. Accordingly, the record supports a finding by reasonable inference that his requests
2 for discovery were mailed beyond the deadline.
3     IT IS THEREFORE ORDERED that plaintiff's motion to compel discovery
4 (Docket No. 22) is denied.
5 DATED: June 19, 2009.

_____
U.S. MAGISTRATE JUDGE

2
hend0514.mtc